IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30022
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED READO, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-20036-10
- - - - - - - - - -
October 2, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Alfred Reado, Jr., seeks to appeal his conviction for conspiracy to possess with intent to distribute cocaine base in violation of 21 U.S.C. § 846. He contends that the evidence was insufficient to support his conviction. We have reviewed the record and the briefs of the parties and hold that there was no manifest miscarriage of justice. See United States v. Laury, 49 F.2d 145, 151 (5th Cir.), cert. denied, 116 S. Ct. 162 (1995).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.